IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LAWRENCE J. SINNOTT,

        Plaintiff,

v.                                                                          CIV 15-0706 KG/LF

TRACTOR SUPPLY COMPANY,

        Defendant.

### ORDER GRANTING STIPULATED MOTION TO REMAND

THIS MATTER having come before the Court upon the Stipulated Motion to Remand this case to state court and the Court having review the Motion and being fully advised in the circumstances finds that the Plaintiff's Stipulated Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the parties Stipulated Motion to Remand is granted and the above-mentioned cause of action is hereby remanded to the state court from which the case was removed.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

THE LAW FIRM OF ALEXANDER D. CRECCA, PC

/s/ Alexander D. Crecca_____
Alexander D. Crecca, Esq.
Attorney for Plaintiff
3200 Monte Vista Boulevard, NE
Albuquerque, NM  87106
Telephone:  (505) 766-9999
Facsimile:  (505) 766-9950
acrecca@creccalaw.com

MILLER STRATVERT P.A.

<u>Electronically Approved on 01/26/2016</u>
Nathan A. Cobb, Esq.
Jesika Ulibarri, Esq.
Attorneys for Defendant
P.O. Box. 25687
Albuquerque, NM 87125
P: (505) 842-1950
ncobb@mstlaw.com
julibarri@mstlaw.com